UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
IN ADMIRALITY

GABRIEL LUBOWSKI,

    Plaintiff,

CASE NO:   2:16-7562

vs.

CRYSTAL CRUISES, INC., a
California corporation, and ANA MARIA
DEBREY DIAZ,

    Defendants.
_____/

# COMPLAINT

Plaintiff, GABRIEL LUBOWSKI, sues Defendants CRYSTAL CRUISES, INC. and ANA MARIA DEBREY DIAZ and says:

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 USC §1333.

## VENUE

2. Venue of this proceeding is proper in the Central District of California because the ticket contract between the Plaintiff and Defendant, Crystal, contains a forum selection clause selecting the Central District of California as the venue for any action brought against that Defendant.

## PARTIES

3. Plaintiff, Gabriela Lubowski, is a resident of the State of Florida, over the age of 18 years and sui juris in all other respects.

4. At all times material hereto, Defendant, Crystal Cruises, Inc., was the owner, operator, manager and in control of the cruise ship "Crystal Serenity".

5. Defendant, Ana Maria Debrey Diaz, is a resident of the State of Florida, over the age of 18 years and sui juris in all other respects.

## COUNT I
## CLAIM AGAINST CRYSTAL CRUISES, INC.

6. At all times material hereto, Defendant, Crystal Cruises, Inc., owned and operated a passenger cruise ship known as the "Crystal Serenity".

7. On or about January 8, 2015, Plaintiff was a passenger on the Crystal Serenity, occupying stateroom/cabin number 7050.

8. On or about January 8, 2015, Defendant, Ana Maria Debrey Diaz, was a passenger on the Crystal Serenity, occupying stateroom/cabin number 7044.

9. At all times material hereto, Defendant, Crystal Cruises, owed Plaintiff a duty to exercise reasonable care as was permitted by the circumstances for Plaintiff's safety while Plaintiff was aboard the Crystal Serenity and at all other times during Plaintiff's cruise.

10. At all times material hereto, Defendant, Ana Maria Debrey Diaz, was also a passenger on Defendant's cruise ship, Crystal Serenity and was owed the same duty.

11. On January 8, 2015, while on board the Crystal Serenity, Plaintiff was seriously injured when Defendant, Ana Maria Debrey Diaz, tripped and fell over a metal plate in the hallway on deck 7 of Defendant's cruise ship. At the time she fell, Defendant, Ana Maria Debrey Diaz, fell into Gabriel Lubowski pushing her to the deck and causing Plaintiff severe personal injuries.

12. The metal plate on the deck floor that Defendant, Ana Maria Debrey Diaz, tripped over constituted a dangerous and hazardous condition and breached Defendant, Crystal Cruises duty to exercise reasonable care as was permitted by the circumstances for Plaintiff's safety and for the safety of Ana Maria Debrey Diaz.

13. Defendant, Crystal Serenity, breached its duty to the Plaintiff, and to Defendant Ana Maria Debrey Diaz, by negligently and carelessly allowing a dangerous and hazardous condition to exist on the deck floor causing personal injuries to the Plaintiff.

14. At all times material hereto, the subject deck was in the sole and exclusive control of the Defendant Crystal Cruises.

15. Defendant Crystal had actual and/or constructive knowledge of this dangerous condition.

16. As a direct and proximate result of Defendant Crystal Cruise's negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. These losses are either permanent and/or continuing in nature and the Plaintiff will suffer from these losses and impairment in the future.

## COUNT II
## CLAIM AGAINST ANA MARIA DEBREY DIAZ

In the alternative, Plaintiff sues Defendant, Ana Maria Debrey Diaz, and says:

17. On or about January 8, 2015, Plaintiff, Gabriela Lubowski, and Defendant, Ana Maria Debrey Diaz, were passengers on Defendant, Crystal Cruises, Ltd.'s, cruise ship "Crystal Serentity".

18. On or about January 8, 2015, Defendant, Ana Maria Debrey Diaz, negligently and carelessly tripped and fell over a metal plate in the hallway on deck 7.

19. At the time Defendant tripped, Plaintiff, Gabriela Lubowski, was walking in front of Defendant Diaz. Defendant Diaz tripped and fell into Plaintiff Lubowksi causing her severe personal injuries.

20.     As a direct and proximate result of Defendants' negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition.  These losses are either permanent and/or continuing in nature and the Plaintiff will suffer from these losses and impairment in the future.

WHEREFORE, Plaintiff demands judgment for damages against Defendants and for such and further relief as the Court deems just and proper in these premises.

DATED this _11_ day of October, 2016.

MEISEL, KRENTSA & BURNEIKIS
350 Sansome Street, #600
San Francisco, CA 94104

_____
DONALD KRENTSA, ESQ.
CA Bar No:

and

MARK D. PRESS, P.A.
1939 Tyler Street
Hollywood, Florida 33020

_____
MARK D. PRESS, ESQ.
FL Bar No: 187164