# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GABRIELA LUBOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRYSTAL CRUISES, LLC., a California corporation, and ANA MARIA DEBREY DIAZ,<br><br>　　　　Defendants. | Case No.: CV 16-7562-DMG (FFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [46]** |

In accordance with the parties' stipulation for dismissal with prejudice and it appearing to the Court that the parties have resolved all issues in dispute between them,

　　　IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

DATED:  November 21, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE